No. 648. Yuchi (Euchee) Tribe of Indians et al. *v.* United States et al., 352 U. S. 1016. Rehearing denied. Mr. Justice Black took no part in the consideration or decision of this application.

March 27, 1957.

No. 747. Collins et al., doing business as Collins Brothers Oil Co., *v.* Public Service Commission of Missouri et al. Appeal from the Supreme Court of Missouri. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Jesse Jerold Middleton* for appellants, *Frank A. Thompson* for the Public Service Commission of Missouri, and *Guy A. Thompson* and *James M. Douglas* for the Laclede Gas Co., appellees, were on the stipulation.

April 1, 1957.

No. 734. Hitchcock et al. *v.* Collenberg et al.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Taylor* v. *Oklahoma ex rel. Rutherford,* 352 U. S. 805; *Dantzler* v. *Callison,* 352 U. S. 939; *Dent* v. *West Virginia,* 129 U. S. 114.

*John J. O'Connor, Jr.* and *Charles Orlando Pratt* for appellants. *C. Ferdinand Sybert,* Attorney General of Maryland, *Stedman Prescott, Jr.,* Deputy Attorney General, and *James H. Norris, Jr.,* Special Assistant Attorney General, for appellees.